J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

David Taylor, an individual and d/b/a as
Amazon.com Seller taylordvds
*southernpoet100@yahoo.com*
9609 Birdwell Lane
Shreveport, Louisiana 71118
Telephone:  (318) 686-1808

Defendant, *in pro se*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., <br><br> Plaintiff, <br><br> v. <br><br> David Taylor, an individual and d/b/a as Amazon.com Seller taylordvds, and Does 1-10, inclusive, <br><br> Defendants. | Case No. CV12-7755 FMO (JCx) <br><br> CONSENT DECREE AND PERMANENT  INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant David Taylor, an individual and d/b/a as Amazon.com Seller taylordvds ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

    b)    Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

    c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)    This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)    The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)    This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:     February 4, 2013

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.


By: _____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Home Entertainment Inc.

David Taylor, an individual and d/b/a as Amazon.com Seller taylordvds


By: _____
    David Taylor, an individual and d/b/a as
    Amazon.com Seller taylordvds
Defendant, *in pro se*

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| Registration Number | TITLE | COPYRIGHT CLAIMANT |
|---|---|---|
| | Big Love: The Complete Fifth Season | |
| PA 1-733-273 | BIG LOVE: Winter | Home Box Office, Inc. |
| PA 1-729-909 | BIG LOVE: A Seat At The Table | Home Box Office, Inc. |
| PA 1-729-896 | BIG LOVE: Certain Poor Shepherds | Home Box Office, Inc. |
| PA 1-732-179 | BIG LOVE: The Oath | Home Box Office, Inc. |
| PA 1-741-708 | BIG LOVE: The Special Relationship | Home Box Office, Inc. |
| PA 1-736-212 | BIG LOVE: D.I.V.O.R.C.E | Home Box Office, Inc. |
| PA 1-741-709 | BIG LOVE: Til Death Do Us Part | Home Box Office, Inc. |
| PA 1-743-659 | BIG LOVE: The Noose Tightens | Home Box Office, Inc. |
| PA 1-737-340 | BIG LOVE: Exorcism | Home Box Office, Inc. |
| PA 1-396-851 | BIG LOVE: Where Men And Mountains Meet | Home Box Office, Inc. |
| PA 1-396-851 | BIG LOVE: Where Men And Mountains Meet | Home Box Office, Inc. |
| | Big Love: The Complete First Season | |
| PA 1-320-979 | BIG LOVE: The Pilot | Home Box Office, Inc. |
| PA 1-319-374 | BIG LOVE: Viagra Blue | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-319-373 | BIG LOVE: Home Invasion | Home Box Office, Inc. |
| PA 1-320-982 | BIG LOVE: Eclipse | Home Box Office, Inc. |
| PA 1-320-983 | BIG LOVE: Affair | Home Box Office, Inc. |
| PA 1-320-984 | BIG LOVE: Roberta's Funeral | Home Box Office, Inc. |
| PA 1-320-985 | BIG LOVE: Eviction | Home Box Office, Inc. |
| PA 1-325-915 | BIG LOVE: Easter | Home Box Office, Inc. |
| PA 1-320-981 | BIG LOVE: A Barbecue For Betty | Home Box Office, Inc. |
| PA 1-320-978 | BIG LOVE: The Baptism | Home Box Office, Inc. |
| PA 1-320-139 | BIG LOVE: Where There's A Will | Home Box Office, Inc. |
| PA 1-340-778 | BIG LOVE: The Ceremony | Home Box Office, Inc. |
| | Big Love: The Complete Fourth Season | |
| PA 1-676-099 | BIG LOVE: Free At Last | Home Box Office, Inc. |
| PA 1-676-086 | BIG LOVE: The Greater Good | Home Box Office, Inc. |
| PA 1-676-097 | BIG LOVE: Strange Bedfellows | Home Box Office, Inc. |
| PA 1-676-087 | BIG LOVE: The Mighty And Strong | Home Box Office, Inc. |
| PA 1-680-449 | BIG LOVE: Sins Of The Father | Home Box Office, Inc. |
| PA 1-680-393 | BIG LOVE: Under One Roof | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-680-392 | BIG LOVE: Blood Atonement | Home Box Office, Inc. |
| PA 1-680-394 | BIG LOVE: Next Ticket Out | Home Box Office, Inc. |
| PA 1-679-719 | BIG LOVE: End Of Days | Home Box Office, Inc. |
| | Big Love: The Complete Third Season | |
| PA 1-663-632 | BIG LOVE: Block Party | Home Box Office, Inc. |
| PA 1-636-013 | BIG LOVE: Empire | Home Box Office, Inc. |
| PA 1-636-015 | BIG LOVE: Prom Queen | Home Box Office, Inc. |
| PA 1-636-014 | BIG LOVE: On Trial | Home Box Office, Inc. |
| PA 1-636-012 | BIG LOVE: For Better Or For Worse | Home Box Office, Inc. |
| PA 1-636-016 | BIG LOVE: Come, Ye Saints | Home Box Office, Inc. |
| PA 1-663-307 | BIG LOVE: Fight Or Flight | Home Box Office, Inc. |
| PA 1-663-938 | BIG LOVE: Rough Edges | Home Box Office, Inc. |
| PA 1-661-917 | BIG LOVE: Outer Darkness | Home Box Office, Inc. |
| PA 1-661-969 | BIG LOVE: Sacrament | Home Box Office, Inc. |
| | Chuck: The Complete Fifth Season | |
| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | Warner Bros. Entertainment Inc. |
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | Warner Bros. Entertainment Inc. |

|  |  |  |
|---|---|---|
|  | Entourage: The Complete Eighth and Final Season |  |
| PA 1-751-680 | ENTOURAGE: Home Sweet Home | Home Box Office, Inc. |
| PA 1-751-679 | ENTOURAGE: Out With A Bang | Home Box Office, Inc. |
| PA 1-759-114 | ENTOURAGE: One Last Shot | Home Box Office, Inc. |
| PA 1-759-119 | ENTOURAGE: Whiz Kid | Home Box Office, Inc. |
| PA 1-759-118 | ENTOURAGE: Motherf*cker | Home Box Office, Inc. |
| PA 1-764-686 | ENTOURAGE: The Big Bang | Home Box Office, Inc. |
| PA 1-765-845 | ENTOURAGE: Second To Last | Home Box Office, Inc. |
| PA 1-765-833 | ENTOURAGE: The End | Home Box Office, Inc. |
|  | Entourage: The Complete Fourth Season |  |
| PA 1-386-709 | ENTOURAGE: Welcome To The Jungle | Home Box Office, Inc. |
| PA 1-386-797 | ENTOURAGE: The First Cut Is The Deepest | Home Box Office, Inc. |
| PA 1-386-798 | ENTOURAGE: Malibooty | Home Box Office, Inc. |
| PA 1-386-799 | ENTOURAGE: Sorry, Harvey | Home Box Office, Inc. |
| PA 1-386-804 | ENTOURAGE: The Dream Team | Home Box Office, Inc. |
| PA 1-386-796 | ENTOURAGE: The Weho Ho | Home Box Office, Inc. |
| PA 1-589-422 | ENTOURAGE: The Day Fu*kers | Home Box Office, Inc. |
| PA 1-589-434 | ENTOURAGE: Gary's Desk | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-589-433 | ENTOURAGE: The Young And The Stoned | Home Box Office, Inc. |
| PA 1-593-012 | ENTOURAGE: Snow Job | Home Box Office, Inc. |
| PA 1-593-014 | ENTOURAGE: No Cannes Do | Home Box Office, Inc. |
| PA 1-593-064 | ENTOURAGE: The Cannes Kids | Home Box Office, Inc. |
| | Entourage: The Complete Seventh Season | |
| PA 1-697-280 | ENTOURAGE: Stunted | Home Box Office, Inc. |
| PA 1-697-285 | ENTOURAGE: Buzzed | Home Box Office, Inc. |
| PA 1-704-328 | ENTOURAGE: Dramedy | Home Box Office, Inc. |
| PA 1-699-106 | ENTOURAGE: Tequila Sunrise | Home Box Office, Inc. |
| PA 1-699-105 | ENTOURAGE: Bottoms Up | Home Box Office, Inc. |
| PA 1-706-302 | ENTOURAGE: Hair | Home Box Office, Inc. |
| PA 1-706-285 | ENTOURAGE: Tequila And Coke | Home Box Office, Inc. |
| PA 1-706-311 | ENTOURAGE: Sniff Sniff Gang Bang | Home Box Office, Inc. |
| PA 1-706-303 | ENTOURAGE: Porn Scenes From An Italian Restaurant | Home Box Office, Inc. |
| PA 1-706-307 | ENTOURAGE: Lose Yourself | Home Box Office, Inc. |
| | Game of Thrones: The Complete First Season | |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | Home Box Office, Inc. |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | Home Box Office, Inc. |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | Home Box Office, Inc. |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | Home Box Office, Inc. |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | Home Box Office, Inc. |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | Home Box Office, Inc. |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | Home Box Office, Inc. |
| PA 1-739-318 | GAME OF THRONES: Baelor | Home Box Office, Inc. |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | Home Box Office, Inc. |
| | One Tree Hill: The Complete Ninth Season | |
| PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | Warner Bros. Entertainment Inc. |
| PA 1-798-785 | ONE TREE HILL: In The Room Where You Sleep | Warner Bros. Entertainment Inc. |
| PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | Warner Bros. Entertainment Inc. |
| PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | Warner Bros. Entertainment Inc. |
| PA 1-798-814 | ONE TREE HILL: The Killing Moon | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | Warner Bros. Entertainment Inc. |
| PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | Warner Bros. Entertainment Inc. |
| PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | Warner Bros. Entertainment Inc. |
| PA 1-798-830 | ONE TREE HILL: Every Breath Is A Bomb | Warner Bros. Entertainment Inc. |
| PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | Warner Bros. Entertainment Inc. |
| PA 1-798-833 | ONE TREE HILL: Danny Boy | Warner Bros. Entertainment Inc. |
| PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | Warner Bros. Entertainment Inc. |
| PA 1-798-847 | ONE TREE HILL: One Tree Hill | Warner Bros. Entertainment Inc. |
| | Pretty Little Liars: The Complete Second Season | |
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES): It's Alive | Warner Bros. Entertainment Inc. |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES): The Goodbye Look | Warner Bros. Entertainment Inc. |
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES): My Name Is Trouble | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES): Blind Dates | Warner Bros. Entertainment Inc. |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES): The Devil You Know | Warner Bros. Entertainment Inc. |
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES): Never Letting Go | Warner Bros. Entertainment Inc. |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES): Surface Tension | Warner Bros. Entertainment Inc. |
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES): Save The Date | Warner Bros. Entertainment Inc. |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES): Picture This | Warner Bros. Entertainment Inc. |
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES): Touched By An 'A'-Angel | Warner Bros. Entertainment Inc. |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES): I Must Confess | Warner Bros. Entertainment Inc. |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES): Over My Dead Body | Warner Bros. Entertainment Inc. |
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES): The First Secret | Warner Bros. Entertainment Inc. |
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES): Through Many Dangers, Toils and Snares | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES): A Hot Piece of "A" | Warner Bros. Entertainment Inc. |
| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES): Let The Water Hold Me Down | Warner Bros. Entertainment Inc. |
| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES): The Blonde Leading The Blind | Warner Bros. Entertainment Inc. |
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES): A Kiss Before Lying | Warner Bros. Entertainment Inc. |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES): The Naked Truth | Warner Bros. Entertainment Inc. |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES): CTRL: A | Warner Bros. Entertainment Inc. |
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES): Breaking The Code | Warner Bros. Entertainment Inc. |
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES): Father Knows Best | Warner Bros. Entertainment Inc. |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES): The Eye Of The Beholder | Warner Bros. Entertainment Inc. |
| PA 1-794-693 | PRETTY LITTLE LIARS (SERIES): If These Dolls Could Talk | Warner Bros. Entertainment Inc. |
| PA 1-794-758 | PRETTY LITTLE LIARS (SERIES): Unmasked | Warner Bros. Entertainment Inc. |